STATE OF NEW JERSEY v. GREGORY CHANDLER.

November 10, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. ROSEMARY MARTINELLI.

November 10, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. FREDD M. SODA.

November 10, 1980.

Petition for certification denied.

JEAN KUIKEN v. VINCENT IANNI.

November 10, 1980.

Petition for certification denied.

PHYLLIS CRELIN v. ROBERT W. TAYLOR.

November 10, 1980.

Petition for certification denied.